UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH TRAN, | 1:14-cv-01320-GSA (PC) |
| Plaintiff, | ORDER IN RESPONSE TO REQUEST FOR STATUS |
| vs. | (ECF No. 8.) |
| MAURICE JUNIOUS, et al., | ORDER FOR CLERK TO SEND PLAINTIFF A DOCKET SHEET |
| Defendants. | |

On November 21, 2014, Plaintiff filed a request for status of this case. (ECF No. 148.) Due to the large number of cases pending before this court, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff is advised that he shall receive notice in this action as a matter of course.[1] All documents filed in this action shall be served upon all parties who have appeared in this action, including Plaintiff. Plaintiff can be assured that he will receive notice, at his address of record, of rulings made in this case and deadlines established in this case, provided he keeps the court informed of his current address.

---

[1] Plaintiff is required to keep the court informed of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."

1

1  As a one-time courtesy, the Clerk shall be directed to send Plaintiff a copy of the current docket
2  sheet for this action.
3       Accordingly, IT IS HEREBY ORDERED that:
4      1.    The Clerk is DIRECTED to send Plaintiff a copy of the current docket sheet for
5          this action; and
6      2.    Plaintiff's request for status, filed on November 21, 2014, is RESOLVED by
7          this order.

IT IS SO ORDERED.

   Dated:   **November 24, 2014**              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE