1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11

12   BINH TRAN,                              1:14-cv-01320-DAD-EPG (PC)

13                      Plaintiff,           ORDER DIRECTING CLERK TO RETURN
                                             PLAINTIFF'S FIRST SET OF DEPOSITION
14        v.                                 UPON WRITTEN QUESTIONS AND LETTER

15   E. SMITH,

16                      Defendant.

17

18

19        Binh Tran ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with

20   this civil rights action filed pursuant to 42 U.S.C. § 1983 and attendant state law claim for

21   common law negligence.  On May 25, 2017, Plaintiff attempted to file his first set of deposition

22   upon written questions, as well as a letter addressed to the Court.

23        The Court will return to Plaintiff both Plaintiff's first set of deposition upon written

24   questions and the letter.  Plaintiff should not file discovery requests with the Court.  Further,

25   discovery has not yet been opened in this case.  (ECF No. 2, p. 4).  Additionally, Plaintiff appears

26   to request that the questions not be shared with defendant until a later time, which the Court

27   cannot do.

28        Finally, the Court notes that Plaintiff appears to confuse two separate discovery tools.

Federal Rule of Civil Procedure 33, under which this discovery request is purportedly filed, allows interrogatories to be served on other parties. Federal Rule of Civil Procedure 31 allows depositions to be taken by written questions. However, Plaintiff must first ask for leave of the Court before he can serve a deposition by written questions. Fed. R. Civ. P. 31(a)(2)(B). If Plaintiff is granted leave to take a deposition by written questions, he needs to serve a copy of the questions on defendant E. Smith (Fed. R. Civ. P. 31(a)(3)), as well as the officer who is to take the deposition (Fed. R. Civ. P. 31(b)). Note also that Rule 30(c)(3), regarding Depositions by Oral Examination has a provision regarding "Participating Through Written Questions," which states that "Instead of participating in the oral examination, a party may serve written questions in a sealed envelope on the party noticing the deposition, who must deliver them to the officer. The officer must ask the deponent those questions and record the answers verbatim."

If Plaintiff wishes to proceed with a deposition upon written questions, he may make an oral motion at the initial scheduling conference, which is currently set for August 14, 2017, at 2:00 p.m. The Court and parties will discuss discovery at that time and can address Plaintiff's discovery plan.

Accordingly, based on the foregoing, the Clerk of Court is DIRECTED to return Plaintiff's first set of deposition upon written questions and the attached letter to Plaintiff.

IT IS SO ORDERED.

Dated: __**May 26, 2017**__          /s/ _Eric P. Groig_
                                UNITED STATES MAGISTRATE JUDGE